**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL District of CALIFORNIA
(State)

Case number (If known): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   REGDALIN PROPERTIES, LLC

2. **All other names debtor used in the last 8 years**   NONE

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   27 – 5086011

4. **Debtor's address**

   **Principal place of business**
   150 S. RODEO DRIVE
   Number    Street
   SUITE 290
   BEVERLY HILLS    CA 90212
   City    State    ZIP Code

   LOS ANGELES
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street
   _____
   P.O. Box
   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**   _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    REGDALIN PROPERTIES, LLC    Case number *(if known)*_____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                         MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor    REGDALIN PROPERTIES, LLC_____    Case number (if known)_____
          Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number        Street
_____
_____  _____  _____
City                                     State       ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor    REGDALIN PROPERTIES, LLC    Case number (if known) _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/17/2018
            MM / DD / YYYY

X _____    EDGAR SARGSYAN
Signature of authorized representative of debtor    Printed name

Title  MANAGING MEMBER

**18. Signature of attorney**

X _____    Date  09/17/2018
Signature of attorney for debtor         MM / DD / YYYY

HENRIK MOSESI
Printed name
LAW OFFICE OF HENRIK MOSESI
Firm name
1540 W. GLENOAKS BLVD., SUITE 206
Number    Street
GLENDALE    CA    91201
City    State    ZIP Code

310-734-4269    HMOSESI@GMAIL.COM
Contact phone    Email address

_____    _____
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Banc of California | 3 Macarthur Place  Santa Ana, CA 92707 | Mortgage | | 1,063,000. | 2,200,000. | |
| 2 | Pelican Holdings | 5482 Wilshire Blvd., #325  Los Angeles, CA 90036 | Mortgage | | 1,400,000. | 2,700,000. | |
| 3 | Bank of the West | PO Box 515274  Los Angeles, CA 90051 | Mortgage | | 497,284.25 | 900,000.00 | |
| 4 | Banc of California | 3 Macarthur Place  Santa Ana, CA 92707 | Mortgage | | 3,262,554.59 | 4,500,000. | |
| 5 | Nationstar Mortgage LLC | PO Box 7729  Springfield, OH 45501 | Mortgage | | 420,000.00 | 1,000,000. | |
| 6 | Benjamin Javahirian | 16358 Mandaley Drive  Encino, CA 91436 | Mortgage | | 1,000,000. | 1,500,000. | |
| 7 | Xceed Financial CU | PO Box 60053  City of Industry, CA 91716 | Mortgage | | 1,820,598.03 | 3,500,000. | |
| 8 | Tony Tcharbakhshi | PO Box 57042  Sherman Oaks, CA 91413 | Mortgage | | 445,000.00 | 3,500,000. | |

Debtor _____    Case number (*if known*)_____
      *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Law Office of Henrik Mosesi<br>Henrik Mosesi, Esq (SBN 189672)<br>1540 W. Glenoaks Blvd., Suite 206<br>Glendale, CA 91201<br>310-734-4269 | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>REGDALIN PROPERTIES, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>[*If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.*] |
|---|---|

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.
   a. Total assets                                              $_____
   b. Total debts (including debts listed in 2.c., below)       $_____
   c. Debt securities held by more than 500 holders

   | | | | Approximate number of holders: |
   |---|---|---|---|
   | ☐ secured ☐ unsecured ☐ subordinated | $ | | |
   | ☐ secured ☐ unsecured ☐ subordinated | $ | | |
   | ☐ secured ☐ unsecured ☐ subordinated | $ | | |
   | ☐ secured ☐ unsecured ☐ subordinated | $ | | |
   | ☐ secured ☐ unsecured ☐ subordinated | $ | | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

*December 2015*                                                                                          **Official Form 201A**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Law Office of Henrik Mosesi<br>Henrik Mosesi, Esq (SBN 189672)<br>1540 W. Glenoaks Blvd., Suite 206<br>Glendale, CA 91201<br>310-734-4269 | FOR COURT USE ONLY |
|---|---|
| ☒ *Attorney for:* REGDALIN PROPERTIES, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>REGDALIN PROPERTIES, LLC<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* EDGAR SARGSYAN                                      , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                                    F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    NONE

    [For additional names, attach an addendum to this form.]

   b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 09/17/2018

By: _____
Signature of Debtor, or attorney for Debtor

Name: EDGAR SARGSYAN
Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 1007-4.CORP.OWNERSHIP.STMT**

Regdalin Properties, LLC
150 S. Rodeo Drive.,
Suite 290
Beverly Hills, CA 90212


Henrik Mosesi
Law Offices of Henrik Mosesi
1540 W. Glenoaks Blvd.
Suite 206
Glendale, CA 91201


Banc of California
3 Macarthur Place
Santa Ana, CA 92707


Bank of the West
PO Box 515274
Los Angeles, CA 90051


Benjamin Javahirian
16358 Mandaley Drive
Encino, CA 91436


Nationstar Mortgage LLC
PO Box 7729
Springfield, OH 45501


Pelican Holdings
5482 Wilshire Blvd. #325
Los Angeles, CA 90036


Tony Tcharbakhshi
PO Box 57042
Sherman Oaks, CA 91413

```
Xceed Financial Credit Union
PO Box 60053
City of Industry, CA 91716
```

## CERTIFICATE OF CORPORATE RESOLUTION

I, EDGAR SARGSYAN Managing Member of Regdalin Properties, LLC a California Limited Liability Company, do hereby certify that at a meeting of the members of Regdalin Properties, LLC duly called and held on September 17, 2018, the following resolutions were duly adopted and recorded in the minute book of Regdalin Properties, LLC ,and that such resolutions have not been modified or rescinded, and remain in full force and effect on the date hereof. to wit:

RESOLVED, that in order to maximize the value of Regdalin Properties, LLC, acting by and through any of its managing members is hereby authorized and directed to file in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") its voluntary petition seeking relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED, that any of the officers of Regdalin Properties, LLC, be and are hereby authorized and directed to implement the filing of its petition, including the execution and filing of the petition and any and all necessary pleadings. motions and applications incident thereto, and to execute and supply any and all schedules, statements of affairs, lists. and all other information and reports required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the Bankruptcy Court and the U.S. Trustee Guidelines; and

FURTHER RESOLVED, that Regdalin Properties, LLC, is authorized to retain the law firm of Henrik Mosesi to (i) provide advice regarding a bankruptcy filing. (ii) prepare and file the petition and schedules and (iii) represent Regdalin Properties, LLC, at the meeting of creditors.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of September, 2018.

Signature: _____
Edgar Sargsyan
Managing Member